## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTIC C. CARROLL, JR. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 25-4985 |
| | : | |
| LUKE MCCANN, UPPER DARBY TOWNSHIP, PENNSYLVANIA, ED BROWN, TIMOTHY M. BERNHARDT, CORY COOPER, DELAWARE COUNTY, PENNSYLVANIA, KEVIN M. MADDEN, DELAWARE COUNTY PRISON OVERNIGHT BOARD, ERICA PARHAM, THE GEO GROUP, INC., LAURA K. WILLIAMS, LISA M. MASTRODDI, EMMANUEL ASANTE, JOHN SWIDER, OSCAR LEMUS-ROJAS, TYRANCE MOORE, DEVON ANNE RINK, STEPHANIE L. FRENCH, SHAWNELL GEORGE, JOHN DOE #2, BETH ANN GAILEY, GWHCF RECORDS OFFICE, GWHCF COUNSEL 1, GWHCF COUNSEL 2, GWHCF COUNSEL 3, GWHCF COUNSEL 4, LIFE CENTER FOR EASTERN DELAWARE COUNTY, DELAWARE COUNTY COMMUNITY ACTION AGENCY, SHELTER COUNSELORS (SEVERAL INDIVIDUALS), COMMUNITY-ACTION OFFICIALS (SEVERAL INDIVIDUALS), INTAKE COUNSELOR MICHAEL MOORE | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : | |

## <u>ORDER</u>

**AND NOW**, this 19th day of September 2025, upon screening the pro se Complaint from

a serial litigant (ECF 2) again challenging his arrest and custody from November 2021 until

August 2023, finding his most recent allegations again do not state a claim for which relief can

be granted consistent with our obligation to screen Complaints proceeding without paying the

filing fees, and consistent with today's accompanying Memorandum, it is **ORDERED** we **DISMISS** the Complaint (ECF 2) as:

1.    **With prejudice** as to all claims:

a.  Against Judges Gregory Mallon and Mary Brennan, Delaware County District Attorney Jack Stollsteimer and four unnamed Delaware County Assistant District Attorneys, the Delaware County District Attorney's Office, Delaware County Public Defenders Rebecca Richman, Timothy Walsh, Kevin Horan, and two unnamed Delaware County Public Defenders, the Delaware County Public Defender's Office, the Upper Darby Police Department, and the George W. Hill Correctional Facility as these are state actors entitled to immunity or entities not subject to suit;

b. Against the Delaware County Jail Oversight Board members Kevin Madden and Erica Parham, Upper Darby Township Mayor Ed Brown; Upper Darby Police Chief Timothy Bernhardt, Deputy Chief Cory Cooper, and Police Officer Luke McCann, Facility Wardens Laura Williams and Lisa Mastroddi, Facility Records Officers Emmanuel Asante, Beth Ann Gailey, and Doe #2, and Facility Counsel 1, Counsel 2, Counsel 3, Counsel 4, and Intake Counselor Michael Moore in their official capacities as duplicative or improper;

c.  For false arrest and false imprisonment claims and First, Fifth, and Sixth Amendment claims; and,

2.    **Without prejudice** and leave to file an amended Complaint based on facts and governing law no later than **October 15, 2025** as to claims against:

a.  the GEO Group, Delaware County, the Delaware County Jail Oversight Board and its board members Kevin Madden and Erica Parham, Upper Darby Township and Mayor Ed Brown, Upper Darby Police Chief Timothy Bernhardt, Deputy Chief Cory Cooper, and Police

Officer Luke McCann, Facility Wardens Laura Williams and Lisa Mastroddi, Facility Records Office and Records Officers Emmanuel Asante, Beth Ann Gailey, and Doe #2, Facility Counsel 1, Counsel 2, Counsel 3, Counsel 4, and Intake Counselor Michael Moore, the Life Center for Eastern Delaware County and several unnamed shelter counselors, and the Community Action Agency of Delaware County and several unnamed community action officials under the Fourteenth Amendment;

      b.   Officer McCann, Upper Darby Township, the GEO Group, Delaware County, Kevin Madden, the Delaware County Prison Overnight Board, Erica Parham, the Life Center for Eastern Delaware County, the Community Action Agency of Delaware County, the unnamed Life Center for Eastern Delaware County counselors, and the unnamed Community Action Agency of Delaware County officials based on civil conspiracy;

      c.   Delaware County, Delaware County Jail Oversight Board, the GEO Group, and Upper Darby Township based on pleaded facts allowing us to plausibly infer an unconstitutional policy or custom;

      d.   John Swider, Oscar Lemus-Rojas, Tyrance Moore, Devon Anne Rink, Stephanie French, and Shawnell George for a claim cognizable under federal law as Plaintiff has not alleged a claim against them to date;

      e.   Persons and entities sued under federal law for supplemental Pennsylvania Law claims consistent with our exercise of supplemental jurisdiction; and,

      3.   We **amend** the caption as above to reflect the persons or entities possibly subject to sufficiently plead facts and cognizable claims in a timely amended Complaint.

**KEARNEY, J.**

3